UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| THE DELTA SMELT CASES | CASE NO.   1:09-cv-407-LJO-DLB |
| --- | --- |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, et al. v. SALAZAR, et al. (Case No. 1:09-cv-407) | 1:09-cv-422-LJO-DLB<br>1:09-cv-631-LJO-DLB<br>1:09-cv-892-LJO-GSA<br>PARTIALLY CONSOLIDATED WITH: |
| STATE WATER CONTRACTORS v. SALAZAR, et al. (Case No. 1:09-cv-422) | 1:09-cv-480-LJO-GSA<br>1:09-cv-1201-LJO-DLB |
| COALITION FOR A SUSTAINABLE DELTA, et al. v. UNITED STATES FISH AND WILDLIFE SERVICE, et al. (Case No. 1:09-cv-480) | **SECOND JOINT STIPULATION AND ORDER AMENDING SCHEDULE FOR TRANSMITTAL OF DRAFT SMELT BIOLOGICAL OPINION** |
| METROPOLITAN WATER DISTRICT v. UNITED STATES FISH & WILDLIFE SERVICE, et al. (Case No. 1:09-cv-631) | |
| STEWART & JASPER ORCHARDS, et al. v. UNITED STATES FISH AND WILDLIFE SERVICE, et al. (Case No. 1:09-cv-892) | Judge:   Honorable Lawrence J. O'Neill |
| FAMILY FARM ALLIANCE v. SALAZAR, et al. (Case No. 09-cv-1201) | |

## RECITALS

1. On May 19, 2011, this Court entered its Amended Judgment in these *Delta Smelt Consolidated Cases* requiring the United States Fish and Wildlife Service ("FWS") to "transmit to [the Bureau of] Reclamation by October 1, 2011 a draft delta smelt Biological Opinion consistent with the requirements of law." (Amended Judgment, Doc. 884 at 3:18-19.)

2. On September 30, 2011, this Court vacated the October 1, 2011 deadline in the Amended Judgment (Doc. 884) for transmittal of the draft delta smelt Biological Opinion ("draft BiOp"). (Doc. 1061.) The Court ordered instead that by October 31, 2011 the parties file a written report stating whether the parties have jointly agreed upon a revised completion date for the draft BiOp. The Court further ordered that failing such agreement, the draft BiOp was to be transmitted by November 11, 2011.

3. Since the Court's order, a number of the parties have engaged in discussions regarding a restructuring of the consultation process and a new deadline for the draft BiOp, but have not yet reached agreement. However, these parties would like to continue these discussions, and agree they need more time beyond October 31, 2011 to complete discussions and potentially reach agreement.

Good cause exists for the granting of the below requested schedule change for transmittal of the draft BiOp, and the parties respectfully request that the dates set by this Court be modified as shown below.

## STIPULATION

Plaintiffs San Luis & Delta-Mendota Water Authority, Westlands Water District, State Water Contractors, Metropolitan Water District of Southern California, Coalition for a Sustainable Delta, Kern County Water Agency, Stewart & Jasper Orchards, Arroyo Farms, LLC, King Pistachio Grove, and Family Farm Alliance ("Plaintiffs"), Plaintiff-Intervenor California Department of Water Resources ("DWR"), Federal Defendants, and Defendant-Intervenors Natural Resources Defense Council and The Bay Institute by and through their respective counsel, hereby stipulate and agree as follows:

1. The October 31, 2011 and November 11, 2011 deadlines in the Court's previous order (Doc. 1061) should be hereby vacated to allow time for further discussions between now and December 2, 2011.

2. By December 2, 2011, the parties shall file with the Court a written report, preferably a joint report, stating whether the parties have jointly agreed to a remand schedule. .

3. If there is not agreement among all parties, then the draft BiOp shall be transmitted no later than December 14, 2011.

**SO STIPULATED.**

Dated:  October 31, 2011    H. CRAIG MANSON
                            Westlands Water District
                            DIEPENBROCK ELKIN, LLP
                            KRONICK, MOSKOVITZ, TIEDEMANN &
                            GIRARD
                            A Professional Corporation


                            By   */s/ Daniel J. O'Hanlon*
                                DANIEL J. O'HANLON
                                EILEEN M. DIEPENBROCK
                                Attorneys for Plaintiffs
                                SAN LUIS & DELTA-MENDOTA WATER
                                AUTHORITY and WESTLANDS WATER
                                DISTRICT


Dated:  October 31, 2011    BROWNSTEIN HYATT FARBER SCHRECK LLP


                            By:   */s/ Steve O. Sims*
                                STEVE O. SIMS
                                MICHELLE C. KALES
                                Attorneys for Plaintiff
                                WESTLANDS WATER DISTRICT

Dated: October 31, 2011     BEST BEST & KRIEGER LLP

By: _*lsl Steven M. Anderson*_
    GREGORY K. WILKINSON
    STEVEN M. ANDERSON
    PAETER E. GARCIA
    MELISSA R. CUSHMAN
    Attorneys for Plaintiff
    STATE WATER CONTRACTORS

Dated: October 31, 2011     NOSSAMAN LLP

By: _*lsl Paul S. Weiland*_
    ROBERT D. THORNTON
    PAUL S. WEILAND
    AUDREY HUANG
    Attorneys for Plaintiffs
    COALITION FOR A SUSTAINABLE DELTA
    and KERN COUNTY WATER AGENCY

Dated: October 31, 2011     MORRISON & FOERSTER LLP

By: _*/s/ William M. Sloan*_
    CHRISTOPHER J. CARR
    WILLIAM M. SLOAN
    Attorneys for Plaintiff
    THE METROPOLITAN WATER
    DISTRICT OF SOUTHERN CALIFORNIA

| | | |
|---|---|---|
| 1 | Dated:  October 31, 2011 | PACIFIC LEGAL FOUNDATION |

By:  /s/ Brandon M. Middleton
M. REED HOPPER
DAMIEN M. SCHIFF
BRANDON M. MIDDLETON
Attorneys for Plaintiffs
STEWART & JASPER ORCHARDS;
ARROYO FARMS, LLC; and KING
PISTACHIO GROVE

Dated:  October 31, 2011         THE BRENDA DAVIS LAW GROUP

By:  /s/ Brenda W. Davis
BRENDA W. DAVIS
LESLIE R. WAGLEY
Attorneys For Plaintiff
FAMILY FARM ALLIANCE

Dated:  October 31, 2011         KAMALA D. HARRIS, ATTORNEY GENERAL
OF THE STATE OF CALIFORNIA

By:  /s/ Clifford T. Lee
CLIFFORD T. LEE
CECILIA L. DENNIS
MICHAEL M. EDSON
ALLISON GOLDSMITH
Deputies Attorney General
Attorneys for Plaintiff-In-Intervention
CALIFORNIA DEPARTMENT OF WATER
RESOURCES

SECOND JOINT STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULE FOR TRANSMITTAL OF DRAFT SMELT BIOP

| | | |
|---|---|---|
| 1 | Dated:   October 31, 2011 | IGNACIA S. MORENO, ASSISTANT ATTORNEY GENERAL |
| 2 | | United States Department of Justice, Environmental & Natural Resources Division |
| 3 | | SETH M. BARSKY, CHIEF |

By:   */s/ S. Jay Govindan*
     S. JAY GOVINDAN
     Wildlife & Marine Resources Section
     Attorneys for FEDERAL DEFENDANTS

Dated:   October 31, 2011    NATURAL RESOURCES DEFENSE COUNCIL

By:   */s/ Katherine Poole*
     KATHERINE POOLE
     DOUG OBEGI
     Attorneys for Defendant-Intervenor NATURAL RESOURCES DEFENSE COUNCIL

Dated:   October 31, 2011    EARTH JUSTICE

By:   */s/ Trent W.*
     TRENT W. ORR
     GEORGE M. TORGUN
     Attorneys for Defendant-Intervenors
     NATURAL RESOURCES DEFENSE COUNCIL; THE BAY INSTITUTE

SECOND JOINT STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULE FOR TRANSMITTAL OF DRAFT SMELT BIOP

**ORDER**

Based on the stipulation of the above parties, the Court hereby vacates the previously ordered October 31, 2011 deadline for submission of a written status report, and the alternative November 11, 2011 deadline for transmittal of the draft delta smelt Biological Opinion ("draft BiOp"). By December 2, 2011, the parties shall file with the Court a written report, preferably a joint report, stating whether the parties have jointly agreed upon the three items listed above in the stipulation. If there is not agreement among all parties on these items, then the draft BiOp shall be transmitted no later than December 14, 2011.

IT IS SO ORDERED.

Dated:   **November 1, 2011**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE